

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-82,867-02

### EX PARTE DAVID RAY LEA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 52758-A IN THE 239TH DISTRICT COURT FROM BRAZORIA COUNTY

YEARY, J., filed a dissenting opinion.

## DISSENTING OPINION

The Court today grants post-conviction habeas corpus relief on the grounds that Applicant was convicted under a statute that was later declared to be unconstitutionally overbroad, namely, Texas' improper photography statute. *See* Majority Opinion (granting relief based upon *Ex parte Thompson*, 442 S.W.3d 325 (Tex. Crim. App. 2014)). However, I believe the argument I made in my dissenting opinion in *Ex parte Fournier*, while addressing a different statute—Texas' Online Solicitation of a Minor statute—still applies to Applicant in this case. *See Ex parte Fournier*, 473 S.W.3d 789, 800-805 (Tex. Crim. App.

2015) (Yeary, J., dissenting) (arguing that the Court should not grant retroactive relief in post-conviction habeas corpus proceedings without deciding whether applicants who were convicted under a statute that has been held to be unconstitutionally overbroad should have to show that the statute was unconstitutional as applied to them). Therefore, I dissent for the reasons stated in my dissenting opinion in *Fournier*. *See Ex parte Chang*, ___ S.W.3d ___, No. WR-82,712-01, 2016 WL 1161092 (Tex. Crim. App. Mar. 23, 2016) (Yeary, J., dissenting).

Filed: April 6, 2016
Do Not Publish